# Court of Appeals
# of the State of Georgia

ATLANTA,  September 17, 2021

*The Court of Appeals hereby passes the following order:*

**A22A0158. VICTOR CALLAHAN v. THE STATE.**

Victor Callahan was convicted of kidnaping, armed robbery, and hijacking a motor vehicle, and his convictions were affirmed on appeal. See *Callahan v. State*, 250 Ga. App. 193 (550 SE2d 757) (2001). He subsequently filed a motion to set aside the judgment, claiming that the judgment is void because there is no record of his indictment being returned in open court. The trial court dismissed the motion, and Callahan filed this appeal.  We, however, lack jurisdiction.

A post-conviction motion seeking to vacate an allegedly void conviction is not a valid procedure in a criminal case, and any appeal from the denial or dismissal of such a motion must be dismissed.  See *Williams v. State*, 287 Ga. 192, 192 (695 SE2d 244) (2010); *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010). Because Callahan's motion is an improper collateral attack on his conviction, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  09/17/2021

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.